# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD WHITE**, <br> Plaintiff, <br> vs. <br> **EQUIFAX INC., ET AL.**, <br> Defendants. | CASE NO. 19-cv-02743-YGR <br><br> **ORDER TO SHOW CAUSE; VACATING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 54 |

On July 23, 2019, defendant Capital One Bank (USA), N.A. ("Capital One") filed a motion to dismiss. (Dkt. No. 28.) After the deadline to file an opposition brief had passed, the Court entered an order requiring, among other things, that plaintiff file a response to the motion by September 6, 2019. (Dkt. No. 50.) Plaintiff failed to do so.

Accordingly, plaintiff is hereby **ORDERED TO SHOW CAUSE** why Capital One's motion to dismiss should not be decided by the Court notwithstanding plaintiff's failure to oppose. By no later than **Monday, September 30, 2019**, plaintiff shall file either a statement of non-opposition to the motion or an opposition to the same. If plaintiff fails to do so, the Court will proceed to issue a decision on the motion.

Further, in light of the pending motion, the case management conference currently set for September 16, 2019 shall be **VACATED**.[1]

**IT IS SO ORDERED.**

Dated: September 11, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Defendants' joint motion to appear by telephone at the case management conference is **TERMINATED** as **MOOT**. (Dkt. No. 54.)