# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD CHRISTOPHER WHITE,**<br>    Plaintiff,<br>  vs.<br>**PORTFOLIO RECOVERY ASSOCIATES LLC,**<br>    Defendant. | CASE NO. 19-cv-02743-YGR<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE**<br>Re: Dkt. No. 84 |

On April 6, 2020, defendant Portfolio Recovery Associates LLC filed a motion to transfer venue to the United States District Court for the Southern District of California. In it, defendant argues that transfer is appropriate because the allegations in *pro se* plaintiff Todd White's complaint took place in San Diego, California, where plaintiff maintains his permanent residence.

Plaintiff failed to timely file an opposition to the motion. On April 22, 2020, defendant filed a reply stating that plaintiff had emailed defense counsel on April 7, 2020 to indicate that plaintiff did not oppose transfer. Specifically, plaintiff's email, which is attached to the reply, states that plaintiff "has no objections to transferring venue to the district court in San Diego" but "at present [plaintiff] is without a working computer to alert the court of his non-opposition." To date, plaintiff has not personally filed any response to the motion.

For the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a). Here, in light of the arguments raised in the motion and plaintiff's non-opposition, the Court **GRANTS** defendant's motion to transfer venue to the United States District Court for the Southern District of California. The Clerk is directed to transfer the file.

This Order terminates Docket Number 84.

**IT IS SO ORDERED.**

Dated: May 15, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**